**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**CIVIL ACTION NO. 1:17-cv-561 (WOB-MRM)**

**ROBERT C. COOK**                                                        **PETITIONER**

**VS.**                        <u>**JUDGMENT**</u>

**WARDEN, CHILLICOTHE CORRECTIONAL
INSTITUTION**                                              **RESPONDENT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 9), and having considered *de novo* those objections filed thereto by Petitioner (Doc. 10), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 10) to the Report and Recommendation be, and hereby are, **overruled**. That the Report and Recommendation of the Magistrate Judge (Doc. 9) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; and therefore respondent's motion to dismiss (Doc.6) be, and hereby is, **GRANTED.** That petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 2), is **DISMISSED WITHOUT PREJUDICE.** A certificate of appealability shall not issue with respect to the claims alleged in the petition. Pursuant to 28 U.S.C. §

1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* would be not be taken in "good faith."

This 6th day of September, 2018.



Signed By:
*William O. Bertelsman* W.OB
United States District Judge